# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 18-41997 |
| § | |
| FEYSAL AYATI-GHAFFARI § | CHAPTER 13 |
| DEBTOR(S) § | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now JPMorgan Chase Bank, National Association (hereinafter "Chase"), a secured creditor in the above-entitled and numbered case, filing this its Objection to Confirmation of Chapter 13 Plan, and in support hereof represents:

1. The above-styled Debtor(s) filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code, on September 4, 2018.

2. Debtor(s) is indebted to Chase pursuant to a promissory note secured by a recorded instrument granting a security interest in the real property with the address of 4508 Lone Grove Lane, Plano, Texas 75093 (the "Property").

3. The Property is the Debtor(s)' principal residence.

4. The total debt due and owing to Chase as of the date of filing was $247,359.68, with pre-petition arrearage in the amount of $110,003.82 (the "Claim").

5. Debtor(s) Chapter 13 Plan (the "Plan") as proposed does not provide for the pre-petition arrearage portion of the Claim.

6. Chase objects to confirmation of the Plan because:

    a. it does not comply with Section 1322(b)(2) and is not feasible because it fails to provide for the pre-petition arrearage portion of the Claim.

WHEREFORE, PREMISES CONSIDERED, Chase prays that this Court deny confirmation of the Plan, and grant it such other and further relief at law and in equity as is just.

        Respectfully submitted,
        Bonial & Associates, P.C.

        /s/ Chandra D. Pryor
        Shelly K. Terrill / TXBN 00794788
        Braden P. Barnes / TXBN 24059423
        Chandra D. Pryor / CABN 320903
        Attorneys and Counselors
        14841 Dallas Parkway, Suite 425
        Dallas, Texas 75254
        (972) 643-6600
        (972) 643-6698 (Telecopier)
        E-mail: BkcyAttorneys@BonialPC.com
        Attorney for JPMorgan Chase Bank, National Association

# CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 19th day of November 2018:

Debtor's Attorney
Weldon Reed Allmand
Attorney at Law
860 Airport Freeway Suite 401
Hurst, TX 76054

Debtor
Feysal Ayati-ghaffari
2301 All Saints Ln.
Plano, TX 75025-5537

Debtor
Feysal Ayati-ghaffari
4508 Lone Grove Road
Plano, TX 75093

US Trustee
Office of the U.S. Trustee
110 North College Avenue, Suite 300
Tyler, Texas 75702

Chapter 13 Trustee
Carey D. Ebert
P.O. Box 941166
Plano, Texas 75094-1166

Weldon Reed Allmand
Allmand Law Firm, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Attn: Exeter Finance LLC Department
AIS Portfolio Services, LP
Account: XXX2190
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

| | |
|---|---|
| 18-41997 | /s/ Chandra D. Pryor |
| | Shelly K. Terrill |
| | Braden P. Barnes |
| | Chandra D. Pryor |