
04/23/2019

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-41997 |
| | § | |
| FEYSAL AYATI-GHAFFARI, | § | (Chapter 13) |
| | § | |
| DEBTOR | § | |
| | § | |

## ORDER ON OBJECTION TO CLAIM OF CHASE MORTGAGE

On April 12, 2019, the Court held a hearing (the "Hearing") on the Objection to Claim of Chase Mortgage ("Objection") filed by Feysal Ayati-Ghaffari (the "Debtor") against JPMorgan Chase Bank, N.A. ("Chase") with respect to Chase's proof of claim number 2-1 (the "Chase Proof of Claim"). At the Hearing, the Debtor and counsel for Chase were present and presented arguments and evidence regarding the Objection. For the reasons stated on the record at the hearing, the Court finds (a) that the Chase Proof of Claim is entitled to the presumption of prima facie validity, (b) that the Debtor has failed to rebut such presumption and (c) that the Debtor's arguments raised in the Objection are subject to res judicata. IT IS THEREFORE,

ORDERED, that the Objection is overruled in all respects.

Signed on 4/23/2019

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE